**STATE of Missouri, Respondent,**

v.

**Paul HINTON, Appellant.**

No. 74322.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 16, 1999.

Daniel A. Ness, St. Louis, for appellant.

Robert P. McCulloch, Margo E. Miller, Asst. Pros. Atty., Clayton, for respondent.

Before JAMES R. DOWD, P.J.,
LAWRENCE G. CRAHAN, J., and
RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Defendant appeals the judgment following a bench trial finding him guilty of the class A misdemeanor of harassment and sentencing him to five days in the custody of the St. Louis County Department of Justice Services, with execution stayed pending appeal. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 30.25(b).